IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 13 |
| BENEDETTO PAVONE and<br>NICOLE R. PAVONE, | Case No. 18-10261 (JKF) |
| Debtors | |

CERTIFICATE OF SERVICE FOR THE
OBJECTION OF STATE FINANCIAL NETWORK
TO CONFIRMATION OF THE CHAPTER 13 PLAN

I, Corinne Samler Brennan, Esquire, hereby certify that I will cause a true and correct copy of the foregoing Objection of State Financial Network to Confirmation of the Chapter 13 Plan to be served on the 27th day of March, 2018 upon the following parties in interest via U.S. Mail or the CM/ECF System of the Bankruptcy Court:

<u>Via U.S. Mail</u>
Benedetto Pavone
Nicole R. Pavone
205 Colfax Road
Havertown, PA 19083

<u>Via CM/ECF</u>
Roger V. Ashodian, Esquire
Regional Bankruptcy Center of SE PA
101 West Chester Pike, Suite 1A
Havertown, PA 19083

Frederick L. Reigle
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

PHIL1 6899728v.1

Office of the United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

            KLEHR | HARRISON | HARVEY|
            BRANZBURG LLP

By: */s/Corinne Samler Brennan*
   Corinne Samler Brennan, Esquire
   1835 Market Street, Suite 1400
   Philadelphia, PA 19103
   Telephone: (215) 569-3393