## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| BENEDETTO PAVONE and NICOLE R. PAVONE, | : | Case No. 18-10261 (JKF) |
| | : | |
| Debtors | : | |

## PRAECIPE TO WITHDRAW ENTRY OF APPEARANCE

TO THE CLERK:

Kindly withdraw my appearance on behalf of State Financial Network, LLC, in the above-referenced matter.


Dated:  October 17, 2018        KLEHR | HARRISON | HARVEY| BRANZBURG LLP

                    By:    */s/Corinne Samler Brennan*
                        Corinne Samler Brennan, Esquire
                        1835 Market Street, Suite 1400
                        Philadelphia, PA 19103
                        Telephone: (215) 569-3393
                        *Counsel for State Financial Network, LLC*