# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Benedetto Pavone<br>          Nicole R. Pavone<br>                              Debtors | CHAPTER 13 |
| State Financial Network LLC<br>                              Movant<br>          vs.<br>Benedetto Pavone<br>Nicole R. Pavone<br>                              Debtors | NO. 18-10261 JKF |
| William Miller*R<br>                              Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Motion of State Financial Network LLC for Relief from the Automatic Stay Under Section 362, which was filed with the Court on or about November 9, 2018 (Document No. 61).

                               Respectfully submitted,

                               **/s/ Rebecca A. Solarz, Esquire**
                               Rebecca A. Solarz, Esquire
                               Attorney for Movant
                               KML Law Group, P.C.
                               BNY Mellon Independence Center
                               701 Market Street, Suite 5000
                               Philadelphia, PA  19106
                               215-627-1322

November 28, 2018