UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Benedetto Pavone  
      Nicole R. Pavone

CASE NO: 18-10261-jkf

CHAPTER: 13

Debtor (s)

Notice of Withdrawal of Proof of Claim

Please be advised that Claim # 12-1 filed on behalf of Wells Fargo Bank, N.A. is being withdrawn as the claim was filed in error. Please use this notice as formal notification of the withdrawal of the Proof of Claim.

Property Address: 4013 DAYTON ROAD DREXEL HILL PA 19026

Claim Number: 12-1

11/30/2018

/s/Courtney Laughner  
Vice President Loan Documentation  
Wells Fargo Bank, N.A.  
Attn: Default Document Processing  
1000 Blue Gentian Road, MAC# N9286-01Y  
Eagan MN 55121-7700

**CERTIFICATE OF SERVICE**

    In addition to the parties who will be served via the Court's ECF system, I certify that on 01/25/19, I served a true and correct copy of the above notice of withdrawal of proof of claim or amended proof of claim on the debtor(s) by U.S. mail at the address(es) listed on the court's docket, where the debtor is not represented by counsel.