IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In re: BENEDETTO PAVONE<br>NICOLE R. PAVONE<br>**Debtor(s)** | )<br>)<br>) | CHAPTER 13 |
| | ) | |
| AMERICAN HONDA FINANCE<br>CORPORATION | )<br>) | Case No.: 18-10261 (JKF) |
| **Movant** | ) | **Hearing Date: 12-12-18 at 9:30 AM** |
| | ) | |
| v. | ) | 11 U.S.C. 362 |
| | ) | |
| BENEDETTO PAVONE<br>NICOLE R. PAVONE<br>**Respondent(s)** | )<br>)<br>) | |
| | ) | |
| SCOTT WATERMAN<br>**Interim Trustee** | )<br>) | |

**PRAECIPE WITHDRAWING AMERICAN HONDA FINANCE CORPORATION'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

**TO THE CLERK OF BANKRUPTCY COURT:**

Kindly withdraw Honda's Motion For Relief From The Automatic Stay, filed on or about September 24, 2018 (number 45 on the docket).

Date: 2/12/19

/s/ William E. Craig
William E. Craig, Esquire
Morton & Craig LLC
Attorney ID 92329
Morton & Craig LLC
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Phone (856) 866-0100
Fax (856) 722-1554
Attorney for American Honda Finance Corporation