## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:**

| | | |
|---|---|---|
| BENEDETTO PAVONE and | : | CHAPTER 13 |
| NICOLE R. PAVONE, | : | |
| | : | |
| Debtors. | : | BANKRUPTCY NO. 18-10261-jkf |

### NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

**The Debtor has filed an Objection to the Amended Proof of Claim No. 5 filed by Wells Fargo Bank, N.A. on or about January 25, 2019, in this bankruptcy case.**

1. **Your claim may be reduced, modified, or eliminated.** **You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the court to change or eliminate your claim, you or your lawyer must attend the hearing on the objection,** scheduled to be held on March 13, 2019, at 9:30 a.m., in Courtroom No. 3, United States Bankruptcy Court, 900 Market Street, 2nd Floor, Philadelphia, PA 19107. If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

3. **If you intend to appear at the hearing** to contest the objection to your claim, **you must notify the person listed below at least 7 days before the hearing date**. If you do not notify the person listed below that you intend to appear, the Objector will be entitled to a postponement of the hearing.

REGIONAL BANKRUPTCY CENTER OF
SOUTHEASTERN PA, P.C., by:

Date: <u>February 13, 2019</u>

_____
Roger V. Ashodian
Attorney ID #42586
101 West Chester Pike, Suite 1A
Havertown, PA  19083
(610) 446-6800
(610) 446-6808 (FAX)
ecf@schollashodian.com