IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| **BENEDETTO PAVONE and** | : | CHAPTER 13 |
| **NICOLE R. PAVONE,** | : | |
| | : | |
| Debtors. | : | BANKRUPTCY NO. 18-10261-jkf |

# ORDER

AND NOW, this 13th day of March, 2019, upon consideration of the Debtors' Objection to the Proof of Claim No. 8 filed by PNC Bank, National Association on or about March 23, 2018, and any response thereto, and after notice and hearing, it is hereby **ORDERED** as follows:

1. The Objection is **SUSTAINED**.

2. The Proof of Claim No. 8 filed by PNC Bank, National Association on or about March 23, 2018, is **DISALLOWED** in its entirety.

BY THE COURT:

_____
HONORABLE JEAN K. FITZSIMMON
UNITED STATES BANKRUPTCY JUDGE