United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-10261-jkf
Benedetto Pavone                                                        Chapter 13
Nicole R. Pavone
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: YvetteWD           Page 1 of 1           Date Rcvd: Mar 14, 2019
                               Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2019.
db/jdb         +Benedetto Pavone,   Nicole R. Pavone,   205 Colfax Road,   Havertown, PA 19083-1312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2019 at the address(es) listed below:
              CORINNE SAMLER BRENNAN    on behalf of Creditor    State Financial Network LLC cbrennan@klehr.com,
               nharrison@klehr.com
              CORINNE SAMLER BRENNAN    on behalf of Creditor    Franklin Mint Federal Credit Union
               cbrennan@klehr.com,   nharrison@klehr.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              HARRY B. REESE    on behalf of Creditor    WELLS FARGO BANK, N.A. harry.reese@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com;mary.r
               aynor-paul@pkallc.com;amanda.rauer@pkallc.com
              JILL   MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    State Financial Network LLC bkgroup@kmllawgroup.com
              ROGER V. ASHODIAN    on behalf of Debtor Benedetto  Pavone ecf@schollashodian.com
              ROGER V. ASHODIAN    on behalf of Joint Debtor Nicole R. Pavone ecf@schollashodian.com
              SCOTT   WATERMAN    ECFmail@fredreiglech13.com,   ECF_FRPA@Trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Honda Financial Services dba American Honda
               Finance Corporation ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    American Honda Finance Corporation
               ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 13

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In re:**

| | | |
|---|---|---|
| **BENEDETTO PAVONE and** | : | CHAPTER 13 |
| **NICOLE R. PAVONE,** | : | |
| | : | |
| Debtors. | : | BANKRUPTCY NO. 18-10261-jkf |

**ORDER**

AND NOW, this 13th day of March, 2019, upon consideration of the Debtors' Objection to the Proof of Claim No. 8 filed by PNC Bank, National Association on or about March 23, 2018, and any response thereto, and after notice and hearing, it is hereby **ORDERED** as follows:

1. The Objection is **SUSTAINED**.

2. The Proof of Claim No. 8 filed by PNC Bank, National Association on or about March 23, 2018, is **DISALLOWED** in its entirety.

BY THE COURT:

_____
HONORABLE JEAN K. FITZSIMMON
UNITED STATES BANKRUPTCY JUDGE