IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:**

| | | |
|---|---|---|
| **BENEDETTO PAVONE** and | : | CHAPTER 13 |
| **NICOLE R. PAVONE,** | : | |
| | : | |
| Debtors. | : | BANKRUPTCY NO. 18-10261-jkf |

## CERTIFICATION OF SERVICE

I, Roger V. Ashodian, attorney for the Debtors in the above-captioned matter, hereby certify that on or before September 25, 2019, I served a copy of the Debtors' Amended Chapter 13 Plan on the following parties by ECF notice, by e-mail, and/or by First Class Mail, postage prepaid, as indicated below, to the following addresses:

Scott F. Waterman, Esquire          (ECF Notice & E-mail)
Chapter 13 Standing Trustee
ATTENTION:  Polly Langdon, Esquire
P.O. Box 4010
2901 St. Lawrence Avenue
Reading, PA  19606

Frederic J. Baker, Esquire          (ECF Notice)
Senior Assistant U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

American Honda Finance Corporation          (ECF Notice)
c/o William E. Craig, Esquire
Morton & Craig LLC
110 Marter Avenue, Suite 301
Moorestown, NJ  08057

Wells Fargo Bank, N.A.          (ECF Notice)
c/o Jill Manuel-Coughlin, Esquire
Powers, Kirn & Associates, LLC
8 Neshaminy Interplex, Suite 215
Trevose, PA  19053

(continued on next page)

Service List (continued):

| | |
|---|---|
| State Financial Network, LLC<br>c/o Rebecca A. Solarz, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA  19106-1532 | (ECF Notice) |
| Internal Revenue Service<br>c/o Anthony St. Joseph, Esquire<br>Assistant United States Attorney<br>615 Chestnut Street, Suite 1250<br>Philadelphia, PA  19106 | (E-mail to anthony.stjoseph@usdoj.gov) |
| L. Coleman<br>AGM T1 Group 7<br>Internal Revenue Service<br>600 Arch Street, Room 5200<br>Philadelphia, PA  19106 | (First-Class Mail) |
| Discover Personal Loans<br>Attention:  Christina Florence<br>              Bankruptcy Specialist<br>PO Box 30954<br>Salt Lake City, UT  84130 | (E-mail to dplbk@discover.com) |
| Quantum3 Group LLC as agent for<br>     MOMA Funding LLC<br>Attention:  Leigh Faulkner<br>Authorized Agent for Creditor<br>PO Box 788<br>Kirkland, WAS  98083-0788 | (E-mail to claims@quantum3group.com) |
| Knight Capital Funding III, LLC<br>Attention:  Amanda L. Barton, Esquire<br>In-House Counsel<br>1691 Michigan Avenue, Suite 230<br>Miami Beach, FL  33139 | (E-mail to Legal@Knightcapitalfunding.com) |
| PNC Bank, National Association<br>Attention:  Jodi Porter, POC Specialist<br>PO Box 94982<br>Cleveland, OH  44101 | (First Class Mail) |

(continued on next page)

Service List (continued):

| | |
|---|---|
| Portfolio Recovery Associates, LLC<br>Attention:  Jon P. Parish<br>Bankruptcy Representative<br>PRA Receivables Management, LLC<br>POB 41067<br>Norfolk, VA  23541 | (E-mail to Bankruptcy_Info@portfoliorecovery.com) |
| Franklin Mint Federal Credit Union<br>c/o Corinne Samler Brennan, Esquire<br>Klehr Harrison Harvey Branzburg LLP<br>1835 Market Street, Suite 1400<br>Philadelphia, PA  19103 | (ECF Notice) |
| Benedetto Pavone and Nicole R. Pavone<br>205 Colfax Road<br>Havertown, PA  19083 | (E-mail) |

REGIONAL BANKRUPTCY CENTER OF
SOUTHEASTERN PA, P.C., by:

_____
Roger V. Ashodian
Attorney ID #42586
101 West Chester Pike, Suite 1A
Havertown, PA  19083
(610) 446-6800

<u>Attorney for Debtors</u>