18-0308

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Benedetto Pavone<br>Nicole R. Pavone<br>Debtor(s)<br>WELLS FARGO BANK, N.A.<br>Movant<br>v.<br>Benedetto Pavone<br>Nicole R. Pavone<br>and<br>Scott Waterman, Esquire<br>Respondents | 18-10261 JKF<br><br>Chapter 13 Proceeding<br><br>Related to Document #28: |

## **PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION**

TO THE COURT:

    Movant, WELLS FARGO BANK, N.A., respectfully withdraws its Objection to Confirmation, which was filed on 03/20/2019, at docket #26.

                    POWERS KIRN, LLC

                    By:  **/s/ Harry B. Reese, Esquire**
                    Attorney ID#310501
                    Eight Neshaminy Interplex, Suite 215
                    Trevose, PA 19053
                    Telephone: 215-942-2090
                    E-mail: harry.reese@powerskirn.com
                    Attorney for Movant
                    Dated:  October 04, 2019

18-0308

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Benedetto Pavone<br>Nicole R. Pavone<br>Debtor(s)<br>WELLS FARGO BANK, N.A.<br>Movant<br>v.<br>Benedetto Pavone<br>Nicole R. Pavone<br>and<br>Scott Waterman, Esquire<br>Respondents | 18-10261 JKF<br><br>Chapter 13 Proceeding<br><br>Related to Document #26: |

## CERTIFICATION OF SERVICE OF
## PRAECIPE TO WITHDRAW

I, Harry B. Reese, Esquire, hereby certify under penalty of perjury that I served the above captioned parties at the address specified below or on the attached list on October 4, 2019:

The type of service made on the parties (first-class mail, electronic notification, hand delivery or another type of service) was service by electronic notification and first class U.S. mail.

**Parties Served via Electronic Notification:**

Roger V. Ashodian, Esquire
101 West Chester Pike
Ste. 1A
Havertown, PA  19083
Attorney for Debtor(s)

Scott  Waterman, Esquire
2901 St. Lawrence Avenue, Suite 100
Reading PA  19606
Trustee

**Parties Serviced via First Class Mail:**

Benedetto Pavone
Nicole R. Pavone
205 Colfax Road
Havertown, PA  19083
Debtor(s)

POWERS KIRN, LLC

By:  /s/ **Harry B. Reese, Esquire**
Attorney ID#310501
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090
E-mail: harry.reese@powerskirn.com
Attorney for Movant