IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: | : | Chapter 13 |
|  | : |  |
| BENEDETTO PAVONE and | : | Case No. 18-10261 (JKF) |
| NICOLE R. PAVONE, | : |  |
|  | : |  |
| Debtors | : |  |
|  | : |  |

**CERTIFICATE OF SERVICE FOR THE
OBJECTION OF FRANKLIN MINT FEDERAL CREDIT UNION
TO CONFIRMATION OF THE FIRST AMENDED CHAPTER 13 PLAN**

I, Corinne Samler Brennan, Esquire, hereby certify that I will cause a true and correct copy of the foregoing Objection of Franklin Mint Federal Credit Union to Confirmation of the First Amended Chapter 13 Plan to be served on the 6th day of November, 2019 upon the following parties in interest via U.S. Mail or the CM/ECF System of the Bankruptcy Court:

<u>Via U.S. Mail</u>
Benedetto Pavone
Nicole R. Pavone
205 Colfax Road
Havertown, PA 19083

<u>Via CM/ECF</u>
Roger V. Ashodian, Esquire
Regional Bankruptcy Center of SE PA
101 West Chester Pike, Suite 1A
Havertown, PA 19083

Scott Waterman, Esquire
Chapter 13 Trustee
ECFMail@ReadingCh13.com
Ecf_frpa@trustee13.com

PHIL1 8346160v.1

Office of the United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

                                        KLEHR | HARRISON | HARVEY|
                                        BRANZBURG LLP

By:    */s/Corinne Samler Brennan*
        Corinne Samler Brennan, Esquire
        1835 Market Street, Suite 1400
        Philadelphia, PA 19103
        Telephone: (215) 569-3393

PHIL1 8346160v.1