# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 13 |
| BENEDETTO PAVONE and NICOLE R. PAVONE, | Case No. 18-10261 (JKF) |
| Debtors | |

## PRAECIPE TO WITHDRAW OBJECTION OF
## FRANKLIN MINT FEDERAL CREDIT UNION TO CONFIRMATION
## OF DEBTORS' FIRST AMENDED CHAPTER 13 PLAN DATED SEPTEMBER 24, 2019

Kindly withdraw the Objection of Franklin Mint Federal Credit Union to Confirmation of Debtors' First Amended Chapter 13 Plan dated September 24, 2019 (Doc. No. 126), without prejudice.

Respectfully submitted:

KLEHR | HARRISON | HARVEY| BRANZBURG LLP

By:  */s/Corinne Samler Brennan*
Corinne Samler Brennan, Esquire
1835 Market Street, Suite 1400
Philadelphia, PA  19103
Telephone: (215) 569-3393

*Counsel to Franklin Mint Federal Credit Union*

Dated: April 16, 2020