UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

**BENEDETTO PAVONE and**            :    CHAPTER 13
**NICOLE R. PAVONE,**                :
                                                   :
      Debtors.                         :    BANKRUPTCY NO. 18-10261-jkf

## PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. §§1325(a)(8) AND 1325 (a)(9)

We, Benedetto Pavone and Nicole R. Pavone, certify as follows in connection with the confirmation hearing scheduled for April 29, 2020, in the above-referenced case:

1. The above-named Debtors have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above-named Debtors have filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. §1308.

3. If the confirmation hearing date stated above is postponed for any reason, and the information herein changes, we will provide an updated Certification to the Standing Chapter Trustee prior to any subsequent confirmation hearing.

Date: 4/28/2020                              _/s/ Benedetto Pavone_
                                                               Benedetto Pavone

Date: 4/28/2020                              _/s/ Nicole Pavone_
                                                                Nicole R. Pavone