# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Benedetto Pavone<br>        Nicole R. Pavone<br><br>                        Debtor(s) | CHAPTER 13 |
| State Financial Network LLC, its successors and/or assigns<br>                        Movant<br>            vs. | NO. 18-10261 JKF |
| Benedetto Pavone<br>Nicole R. Pavone<br>                        Debtor(s) | |
| William Miller*R<br>                        Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of State Financial Network LLC, which was filed with the Court on or about **March 27, 2018, docket number 28**.

Respectfully submitted,

By: **/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322
Attorney for Movant/Applicant

May 4, 2020