United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 18-10261-jkf
Benedetto Pavone                                                                Chapter 13
Nicole R. Pavone
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2              User: dlv              Page 1 of 1              Date Rcvd: May 28, 2020
                                 Form ID: 155           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2020.
db/jdb           +Benedetto Pavone,    Nicole R. Pavone,    205 Colfax Road,    Havertown, PA 19083-1312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2020                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 28, 2020 at the address(es) listed below:
          CORINNE SAMLER BRENNAN   on behalf of Creditor    State Financial Network LLC cbrennan@klehr.com,
           swenitsky@klehr.com
          CORINNE SAMLER BRENNAN   on behalf of Defendant    Franklin Mint Federal Credit Union
           cbrennan@klehr.com,  swenitsky@klehr.com
          CORINNE SAMLER BRENNAN   on behalf of Creditor    Franklin Mint Federal Credit Union
           cbrennan@klehr.com,  swenitsky@klehr.com
          FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          HARRY B. REESE   on behalf of Creditor    WELLS FARGO BANK, N.A. bankruptcy@powerskirn.com
          JILL  MANUEL-COUGHLIN   on behalf of Creditor    WELLS FARGO BANK, N.A. bankruptcy@powerskirn.com
          POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
          REBECCA ANN SOLARZ   on behalf of Creditor    State Financial Network LLC bkgroup@kmllawgroup.com
          ROGER V. ASHODIAN   on behalf of Plaintiff Nicole R. Pavone ecf@schollashodian.com
          ROGER V. ASHODIAN   on behalf of Plaintiff Benedetto  Pavone ecf@schollashodian.com
          ROGER V. ASHODIAN   on behalf of Debtor Benedetto  Pavone ecf@schollashodian.com
          ROGER V. ASHODIAN   on behalf of Joint Debtor Nicole R. Pavone ecf@schollashodian.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM EDWARD CRAIG   on behalf of Creditor    American Honda Finance Corporation
           ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
          WILLIAM EDWARD CRAIG   on behalf of Creditor    Honda Financial Services dba American Honda
           Finance Corporation ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 16

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Benedetto Pavone and Nicole R.
Pavone

Debtor(s)

Chapter: 13

Bankruptcy No: 18−10261−jkf

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this May 27, 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Jean K. FitzSimon
Judge ,
United States Bankruptcy Court

148
Form 155