Office Mailing Address:                                               Send Payments **ONLY** to:
Scott F. Waterman, Trustee                                            Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100                                  P.O. Box 680
Reading, PA  19606                                                   Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 18-10261-AMC**

BENEDETTO  PAVONE                                    Petition Filed Date: 01/16/2018
NICOLE R  PAVONE                                     341 Hearing Date: 04/06/2018
205 COLFAX ROAD                                      Confirmation Date: 05/27/2020
HAVERTOWN  PA    19083

Case Status: Open / Unconfirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 01/09/2019 | $350.00 | | 02/08/2019 | $175.00 | | 03/08/2019 | $175.00 | |
| 04/09/2019 | $175.00 | | 05/08/2019 | $175.00 | | 06/10/2019 | $175.00 | |
| 07/08/2019 | $175.00 | | 08/08/2019 | $175.00 | | 09/09/2019 | $175.00 | |
| 10/07/2019 | $175.00 | 5532924000 | 11/12/2019 | $175.00 | 5532925000 | 12/09/2019 | $175.00 | 5532926000 |
| 01/08/2020 | $175.00 | 5532927000 | 03/16/2020 | $350.00 | 6642168000 | 03/16/2020 | $175.00 | 6642183000 |
| 04/17/2020 | $350.00 | 6642169000 | 05/18/2020 | $350.00 | 6642170000 | 06/17/2020 | $350.00 | 6642171000 |
| 07/17/2020 | $350.00 | 6642172000 | | | | | | |

**Total Receipts for the Period: $4,375.00  Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $6,125.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | AMERICAN HONDA FINANCE CORP<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | AMERICAN HONDA FINANCE CORP<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | DISCOVER PERSONAL LOAN<br>»» 003 | Unsecured Creditors | $18,973.22 | $0.00 | $18,973.22 |
| 4 | MOMA FUNDING LLC<br>»» 004 | Unsecured Creditors | $1,420.43 | $0.00 | $1,420.43 |
| 5 | WELLS FARGO BANK NA<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | UNITED STATES TREASURY (IRS)<br>»» 06P | Priority Crediors | $587.61 | $587.61 | $0.00 |
| 7 | UNITED STATES TREASURY (IRS)<br>»» 06U | Unsecured Creditors | $531.71 | $0.00 | $531.71 |
| 8 | KNIGHT CAPITAL FUNDING III LLC<br>»» 007 | Unsecured Creditors | $60,541.06 | $0.00 | $60,541.06 |
| 9 | PNC BANK<br>»» 008 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $22,182.04 | $0.00 | $22,182.04 |
| 11 | STATE FINANCIAL NETWORK LLC<br>»» 010 | Mortgage Arrears | $1,929.83 | $619.61 | $1,310.22 |
| 12 | FRANKLIN MINT FEDERAL CU<br>»» 11S | Secured Creditors | $1,708.75 | $548.63 | $1,160.12 |
| 13 | FRANKLIN MINT FEDERAL CU<br>»» 11U | Unsecured Creditors | $8,010.28 | $0.00 | $8,010.28 |

**Chapter 13 Case No. 18-10261-AMC**

| 14 | WELLS FARGO BANK NA »» 012 | Secured Creditors | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|
| 0 | REGIONAL BK CNTR OF S.E. PA PC | Attorney Fees | $3,200.00 | $0.00 | $3,200.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,125.00 | Current Monthly Payment: | $346.00 |
| Paid to Claims: | $1,755.85 | Arrearages: | ($20.00) |
| Paid to Trustee: | $539.15 | Total Plan Base: | $8,181.00 |
| Funds on Hand: | $3,830.00 | | |

### NOTES:

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
  for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.