Certificate Number: 15317-PAE-DE-035327535

Bankruptcy Case Number: 18-10261



15317-PAE-DE-035327535

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>February 2, 2021</u>, at <u>10:11</u> o'clock <u>AM PST</u>, <u>Benedetto Pavone</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>February 2, 2021</u>          By:    <u>/s/Antonio Buscas</u>

                                                                Name:  <u>Antonio Buscas</u>

                                                                Title:   <u>Credit Counselor</u>