Certificate Number: 15317-PAE-DE-035327536

Bankruptcy Case Number: 18-10261



15317-PAE-DE-035327536

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 2, 2021, at 10:11 o'clock AM PST, Nicole A Pavone completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: February 2, 2021

By: /s/Antonio Buscas

Name: Antonio Buscas

Title: Credit Counselor