# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| BENEDETTO PAVONE and | : | CHAPTER 13 |
| NICOLE R. PAVONE, | : | |
| | : | |
| Debtors. | : | BANKRUPTCY NO. 18-10261-jkf |

## NOTICE OF APPLICATION FOR COMPENSATION

Notice is hereby given to all interested parties that REGIONAL BANKRUPTCY CENTER OF SOUTHEASTERN PA, P.C, counsel for the Debtors, has filed an Application seeking an award of compensation of $4,700.00 for the firm's services rendered through the date of confirmation of the Debtors' Second Amended Chapter 13 Plan in the above-captioned case. Any Objections to this Application must be filed and served upon us within fourteen (14) days from March 17, 2021, on which date the Application was filed (therefore, any Objections to this Application must be filed and served upon us by no later than March 31, 2021). A copy of the Application is provided to the Trustee, the United States Trustee, and the Debtors. Other interested parties can obtain a copy upon request.

REGIONAL BANKRUPTCY CENTER OF
SOUTHEASTERN PA, P.C., by:

Date: March 17, 2021

Roger V. Ashodian
Attorney ID #42586
101 West Chester Pike, Suite 1A
Havertown, PA 19083
(610) 446-6800

Attorney for Debtor