IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| **BENEDETTO PAVONE and** | : | CHAPTER 13 |
| **NICOLE R. PAVONE,** | : | |
| | : | |
| Debtors. | : | BANKRUPTCY NO. 18-10261-amc |

### ORDER ALLOWING COMPENSATION

AND NOW, upon consideration of the Application for Award of Compensation submitted by counsel for the Debtors, REGIONAL BANKRUPTCY CENTER OF SOUTHEASTERN PA, P.C, counsel for the Debtors, is hereby awarded $4,700.00 as compensation for the firm's services in this case, the Trustee is authorized and directed to pay the amount of $3,200.00 to the said counsel from the plan payments which he has received on the Debtors' account, to the extent provided for under the Plan, with such disbursement to be made payable to REGIONAL BANKRUPTCY CENTER OF SOUTHEASTERN PA, P.C.

BY THE COURT:

Dated: _____    _____

**Date: April 14, 2021**

HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE