United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 18-10261-amc |
|---|---|
| Benedetto Pavone | Chapter 13 |
| Nicole R. Pavone | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 14, 2021 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Benedetto Pavone, Nicole R. Pavone, 205 Colfax Road, Havertown, PA 19083-1312 |
| cr | + | Honda Financial Services dba American Honda Financ, 3625 W. Royal Lane #200, Irving, TX 75063-2912 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 15 2021 04:09:00 | American Honda Finance Corporation, 3625 W. Royal Lane, Suite 200, Irving, TX 75063, UNITED STATES |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Apr 15 2021 03:46:21 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | State Financial Network, Inc. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2021          Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|

District/off: 0313-2                          User: admin                                    Page 2 of 2
Date Rcvd: Apr 14, 2021                       Form ID: pdf900                                 Total Noticed: 4

CORINNE SAMLER BRENNAN
                        on behalf of Defendant Franklin Mint Federal Credit Union cbrennan@klehr.com  swenitsky@klehr.com

CORINNE SAMLER BRENNAN
                        on behalf of Creditor Franklin Mint Federal Credit Union cbrennan@klehr.com  swenitsky@klehr.com

CORINNE SAMLER BRENNAN
                        on behalf of Creditor State Financial Network LLC cbrennan@klehr.com  swenitsky@klehr.com

FREDERICK L. REIGLE
                        on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com

HARRY B. REESE
                        on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

JILL MANUEL-COUGHLIN
                        on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

POLLY A. LANGDON
                        on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

POLLY A. LANGDON
                        on behalf of Trustee Scott F Waterman ecfmail@readingch13.com

REBECCA ANN SOLARZ
                        on behalf of Creditor State Financial Network LLC bkgroup@kmllawgroup.com

ROGER V. ASHODIAN
                        on behalf of Debtor Benedetto Pavone ecf@schollashodian.com

ROGER V. ASHODIAN
                        on behalf of Joint Debtor Nicole R. Pavone ecf@schollashodian.com

ROGER V. ASHODIAN
                        on behalf of Plaintiff Nicole R. Pavone ecf@schollashodian.com

ROGER V. ASHODIAN
                        on behalf of Plaintiff Benedetto Pavone ecf@schollashodian.com

Scott F Waterman
                        ECFMail@ReadingCh13.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
                        on behalf of Creditor American Honda Finance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

WILLIAM EDWARD CRAIG
                        on behalf of Creditor Honda Financial Services dba American Honda Finance Corporation ecfmail@mortoncraig.com
                        mortoncraigecf@gmail.com


TOTAL: 17

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| **BENEDETTO PAVONE and** | : | **CHAPTER 13** |
| **NICOLE R. PAVONE,** | : | |
| | : | |
| **Debtors.** | : | **BANKRUPTCY NO. 18-10261-amc** |

## ORDER ALLOWING COMPENSATION

AND NOW, upon consideration of the Application for Award of Compensation

submitted by counsel for the Debtors, REGIONAL BANKRUPTCY CENTER OF

SOUTHEASTERN PA, P.C, counsel for the Debtors, is hereby awarded $4,700.00 as

compensation for the firm's services in this case, the Trustee is authorized and directed to pay

the amount of $3,200.00 to the said counsel from the plan payments which he has received on

the Debtors' account, to the extent provided for under the Plan, with such disbursement to be

made payable to REGIONAL BANKRUPTCY CENTER OF SOUTHEASTERN PA, P.C.

BY THE COURT:

Dated: _____    _____

**Date: April 14, 2021**    HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE