United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-10261-amc |
| Benedetto Pavone | Chapter 13 |
| Nicole R. Pavone | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 09, 2021 | Form ID: 138NEW | Total Noticed: 74 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Benedetto Pavone, Nicole R. Pavone, 205 Colfax Road, Havertown, PA 19083-1312 |
| cr | + | Honda Financial Services dba American Honda Financ, 3625 W. Royal Lane #200, Irving, TX 75063-2912 |
| 14043961 | + | AES/NCT, PO Box 61047, Harrisburg, PA 17106-1047 |
| 14043962 | + | American Express, P. O. Box 981537, El Paso, TX 79998-1537 |
| 14199394 | + | American Honda Finance Corp., c/o William E. Craig, Esquire, 110 Marter Ave., Suite 301, Moorestown, NJ 08057-3124 |
| 14062548 | + | Aqua Pennsylvania, 762 W. Lancaster Avenue, Bryn Mawr, PA 19010-3489 |
| 14062549 | + | BrynMawr Medical Specialists Association, 825 Old Lancaster Road, Suite 320, Bryn Mawr, PA 19010-3235 |
| 14062557 | + | Complete Collection Service, 4833 N. Dixie Hwy, Fort Lauderdale, FL 33334-3928 |
| 14043967 | + | Discover Personal Loans, PO BOX 15316, Wilmington, DE 19850-5316 |
| 14062559 | | Discover Personal Loans, PO BOX 30396, Salt Lake City, UT 84130-0396 |
| 14062560 | | Financial Recoveries, P.O. Box 1388, Mount Laurel, NJ 08054-7388 |
| 14062562 | + | Gordon Klinow Pediatric Associates, 919 Conestoga Road Suite 111 Bldg 3, Bryn Mawr, PA 19010-1354 |
| 14062563 | + | Henderson Fertilizing, 39 Lownes Lane, Springfield, PA 19064-2313 |
| 14062564 | | Hidden Pictures Club, PO BOX 6375, Harlan, IA 51593-1875 |
| 14062567 | + | Knight Capital Funding LLC, 9 East Loockerman St. Ste. 3A-543, Dover, DE 19901-8306 |
| 14062568 | + | Knight Funding Capital LLC, Attn: Phillip W. Z. Yates, Esq., In-house Counsel, 1691 Michigan Avenue Suite 230, Miami Beach, FL 33139-2566 |
| 14062569 | | Lankenau Medical Center-Patients Payment, P.O. Box 781145, Philadelphia, PA 19178-1145 |
| 14062570 | | Main Line Health, Bryn Mawr Hospital, Patient Payments, PO BOX 784950, Philadelphia, PA 19178-4950 |
| 14062571 | | Main Line Health Imaging LP, PO BOX 678943, Dallas, TX 75267-8943 |
| 14062572 | + | Millstone Funding, Inc., c/o Gina Monteforte, 101 Sinn St., Patchogue, NY 11772-1771 |
| 14062573 | | Optum Rx, PO BOX 9040, Carlsbad, CA 92018-9040 |
| 14062577 | | Radiology Assoc. Of The Mainline, PC, P.O. Box 678678, Dallas, TX 75267-8678 |
| 14062578 | | Recon Ortho Associates II, P.C., P.O. Box 757910, Philadelphia, PA 19175-7910 |
| 14062580 | + | Rose Tree Dental Group, Rose Tree Professional Center, 1245 N. Providence Road, Media, PA 19063-1210 |
| 14215016 | + | State Financial Network LLC, c/o Rebecca A Solarz, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14062585 | + | The Children's Hospital of Philadelphia, Attn: Hospital Billing - CHOP, PO BOX 787802, Philadelphia, PA 19178-7802 |
| 14062586 | + | The Children's Hospital of Philadelphia, Attn: Physician Billing - PB CHOP, PO BOX 788017, Philadelphia, PA 19178-8017 |
| 14062587 | + | The Children's Hospital of Philadelphia, Lock Box 7802, PO Box 8500, Philadelphia, PA 19178-8500 |
| 14062589 | | The Hospital of the University of Penn., PO Box 824336, Philadelphia, PA 19182-4336 |
| 14062590 | + | Township of Upper Darby, Department of Administrative Services, 100 Garrett Road, Room 203, Upper Darby, PA 19082-3135 |
| 14062591 | | UPHS HUP Patient Pay, P.O. Box 824336, Philadelphia, PA 19182-4336 |
| 14062592 | + | USPro Restoration Inc., 205 Colfax Road, Havertown, PA 19083-1312 |
| 14043976 | + | WFFNB Bobs Discount Furn, CSCL Dispute Team, MAC N8235-04M, PO BOX 14517, Des Moines, IA 50306-3517 |
| 14043974 | + | Wells Fargo, P.O. Box 14411, Des Moines, IA 50306-3411 |
| 14062593 | | Wells Fargo Bank, N.A., P.O. Box 14411, Des Moines, IA 50306-3411 |
| 14071545 | | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-7700 |
| 14043975 | + | Wells Fargo Home Mortgage, P.O. Box 10335, Des Moines, IA 50306-0335 |
| 14062594 | | Wells Fargo Home Mortgage, P.O. Box 14538, Des Moines, IA 50306-3538 |

TOTAL: 38

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 09, 2021 | Form ID: 138NEW | Total Noticed: 74 |

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jun 10 2021 01:56:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 10 2021 01:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 10 2021 01:56:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | Email/Text: ebnbankruptcy@ahm.honda.com | Jun 10 2021 01:56:00 | American Honda Finance Corporation, 3625 W. Royal Lane, Suite 200, Irving, TX 75063, UNITED STATES |
| 14042613 | Email/Text: ebnbankruptcy@ahm.honda.com | Jun 10 2021 01:56:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14062544 | Email/Text: bnc@alltran.com | Jun 10 2021 01:55:00 | Alltran Financial, P.O. Box 722910, Houston, TX 77272-2910 |
| 14062545 | Email/Text: bnc@alltran.com | Jun 10 2021 01:55:00 | Alltran Financial, LP, P.O. Box 722910, Houston, TX 77272-2910 |
| 14062553 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 10 2021 01:18:52 | Citi Cards, PO Box 9001016, Louisville, KY 40290-1016 |
| 14062554 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 10 2021 01:16:06 | CitiCards, Attention: Costco Payments Department, 6716 Grade Lane, Building 9, Suite 910, Louisville, KY 40213-3410 |
| 14043965 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 10 2021 01:18:53 | Citicards CBNA, PO BOX 6241, Sioux Falls, SD 57117-6241 |
| 14062555 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 10 2021 01:16:06 | Citicards CBNA, PO BOX 6077, Sioux Falls, SD 57117-6077 |
| 14062556 | + Email/Text: mediamanagers@clientservices.com | Jun 10 2021 01:55:00 | Client Services, Inc., 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-9816 |
| 14043966 | Email/Text: mrdiscen@discover.com | Jun 10 2021 01:55:00 | Discover Financial Services, LLC, PO BOX 15316, Wilmington, DE 19850 |
| 14045402 | + Email/Text: dplbk@discover.com | Jun 10 2021 01:56:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 14043968 | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | Jun 10 2021 01:55:00 | Franklin Mint Federal Credit Union, 5 Hillman Dr. Suite 100, Chadds Ford, PA 19317 |
| 14062566 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 10 2021 01:55:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14062550 | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 10 2021 01:16:01 | Chase, Cardmember Service, P.O. Box 1423, Charlotte, NC 28201-1423 |
| 14062552 | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 10 2021 01:16:01 | Chase, P. O. Box 15298, Wilmington, DE 19850 |
| 14062551 | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 10 2021 01:16:01 | Chase, PO BOX 15123, Wilmington, DE 19850-5123 |
| 14043964 | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 10 2021 01:16:01 | Chase/Bank One Card, P. O. Box 15298, Wilmington, DE 19850 |
| 14062574 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 10 2021 01:55:00 | PA Dept. Revenue, Bankruptcy Department, Department 280946, Harrisburg, PA 17128-0496 |
| 14062575 | + Email/Text: bankruptcygroup@peco-energy.com | Jun 10 2021 01:55:00 | PECO, Attn: Credit Administration, 2301 Market Street, Philadelphia, PA 19103-1380 |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 09, 2021 | Form ID: 138NEW | Total Noticed: 74 |

| | | | | |
|---|---|---|---|---|
| 14043969 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 10 2021 01:55:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 14078526 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 10 2021 01:55:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14078940 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 10 2021 01:18:51 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14041189 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 10 2021 01:18:51 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14067437 | | Email/Text: bnc-quantum@quantum3group.com | Jun 10 2021 01:55:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14062579 | + | Email/Text: bkrpt@retrievalmasters.com | Jun 10 2021 01:55:00 | RMCB Collection Agency, 4 Westchester Plaza Suite 110, Elmsford, NY 10523-1615 |
| 14043970 | | Email/Text: david.park@statefinancialnetwork.com | Jun 10 2021 01:56:00 | State Financial Network, 1974 Sproul Rd Suite 404, Broomall, PA 19008-3402 |
| 14079269 | + | Email/Text: david.park@statefinancialnetwork.com | Jun 10 2021 01:56:00 | State Financial Network LLC, 5 Hillman Drive, Suite 300, Chadds Ford, PA 19317-9752 |
| 14062583 | | Email/PDF: gecsedi@recoverycorp.com | Jun 10 2021 01:16:01 | SyncB/Lowes, PO Box 530914, Atlanta, GA 30353-0914 |
| 14043971 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 10 2021 01:16:01 | SyncB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 14041982 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 10 2021 01:16:01 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14062584 | | Email/PDF: gecsedi@recoverycorp.com | Jun 10 2021 01:18:47 | Synchrony Bnk, PO Box 965004, Orlando, FL 32896-5004 |
| 14043972 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 10 2021 01:18:53 | The Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14043973 | | Email/Text: vci.bkcy@vwcredit.com | Jun 10 2021 01:56:00 | VW Credit, 1401 Franklin Blvd, Libertyville, IL 60048 |

TOTAL: 36

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | State Financial Network, Inc. |
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14043963 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, 201 Little Falls Drive, Wilmington, DE 19808 |
| 14062565 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, Honda Financial Services, P.O. Box 65507, Wilmington, DE 19808-0507 |
| 14062543 | *+ | Allied Interstate, LLC, PO BOX 361445, Columbus, OH 43236-1445 |
| 14062546 | * | Alltran Financial. LP, P.O. Box 722910, Houston, TX 77272-2910 |
| 14062547 | *+ | American Express, P. O. Box 981537, El Paso, TX 79998-1537 |
| 14062558 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial Services, LLC, PO BOX 15316, Wilmington, DE 19850 |
| 14062561 | *P++ | FRANKLIN MINT FCU ERIN MOORE, ATTN MEMBER SOLUTIONS, 5 HILLMAN DRIVE, SUITE 100, CHADDS FORD PA 19317-9752, address filed with court:, Franklin Mint Federal Credit Union, 5 Hillman Drive, Suite 100, Chadds Ford, PA 19317 |
| 14062576 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 14062582 | * | State Financial Network, 1974 Sproul Road, Suite 404, Broomall, PA 19008-3402 |
| 14062588 | * | The Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14062542 | ##+ | Allied Interstate, PO Box 361445, Columbus, OH 43236-1445 |
| 14077191 | ##+ | Knight Capital Funding III, LLC, 1691 Michigan Avenue, Suite 230, Miami Beach, FL 33139-2566 |
| 14062581 | ##+ | Shore Funding Solutions, 3 Huntington Quadrangle Ste. 4o7 N, Melville, NY 11747-4603 |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Jun 09, 2021 | Form ID: 138NEW | Total Noticed: 74 |

TOTAL: 1 Undeliverable, 11 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 11, 2021          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CORINNE SAMLER BRENNAN | on behalf of Creditor State Financial Network LLC cbrennan@klehr.com  swenitsky@klehr.com |
| CORINNE SAMLER BRENNAN | on behalf of Defendant Franklin Mint Federal Credit Union cbrennan@klehr.com  swenitsky@klehr.com |
| CORINNE SAMLER BRENNAN | on behalf of Creditor Franklin Mint Federal Credit Union cbrennan@klehr.com  swenitsky@klehr.com |
| FREDERICK L. REIGLE | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com |
| HARRY B. REESE | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |
| POLLY A. LANGDON | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |
| POLLY A. LANGDON | on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com |
| REBECCA ANN SOLARZ | on behalf of Creditor State Financial Network LLC bkgroup@kmllawgroup.com |
| ROGER V. ASHODIAN | on behalf of Plaintiff Nicole R. Pavone ecf@schollashodian.com |
| ROGER V. ASHODIAN | on behalf of Plaintiff Benedetto Pavone ecf@schollashodian.com |
| ROGER V. ASHODIAN | on behalf of Debtor Benedetto Pavone ecf@schollashodian.com |
| ROGER V. ASHODIAN | on behalf of Joint Debtor Nicole R. Pavone ecf@schollashodian.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor American Honda Finance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Honda Financial Services dba American Honda Finance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |

TOTAL: 17

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Benedetto Pavone and Nicole R. Pavone

    Debtor(s)

Bankruptcy No: 18−10261−amc

Chapter: 13

___

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

        For The Court
        Timothy B. McGrath
        Clerk of Court

Dated: 6/9/21

168 − 167
Form 138_new