**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In re:**

| | | |
|---|---|---|
| **BENEDETTO AND NICOLE R. PAVONE** | **:** | **CHAPTER 13** |
| | **:** | |
| **Debtors** | **:** | **BANKRUPTCY NO. 18-10261-amc** |

## CORRECTED CERTIFICATION OF SERVICE

I, Roger V. Ashodian, attorney for the Debtors in the above-captioned matter, hereby certify that on or before June 14, 2021, I served a copy of the Debtors' Motion for Determination of Final Cure and Payment to State Financial Network, LLC, on the following parties by ECF notice and/or e-mail, as indicated below, to the following addresses:

| | |
|---|---|
| State Financial Network LLC<br>c/o Rebecca A. Solarz, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA  19106-1532 | (ECF Notice) |
| Scott F. Waterman, Esquire<br>Chapter 13 Standing Trustee<br>ATTENTION:  Polly Langdon, Esquire<br>   and Ann E. Swartz, Esquire<br>P.O. Box 4010<br>2901 St. Lawrence Avenue<br>Reading, PA  19606 | (ECF Notice) |
| Frederic J. Baker, Esquire<br>Sr. Assistant United States Trustee<br>U.S. Custom House<br>200 Chestnut Street, Suite 502<br>Philadelphia, PA  19107 | (ECF Notice) |

(continued next page)

Service list (continued):

Benedetto and Nicole R. Pavone        (First Class Mail)
205 Colfax Road
Havertown, PA  19083

        REGIONAL BANKRUPTCY CENTER OF
        SOUTHEASTERN PA, P.C., by:

        _____
        Roger V. Ashodian
        Attorney ID #42586
        101 West Chester Pike, Suite 1A
        Havertown, PA  19083
        (610) 446-6800

        <u>Attorney for Debtors</u>