## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| **BENEDETTO PAVONE and** | : | CHAPTER 13 |
| **NICOLE R. PAVONE,** | : | |
| | : | |
| Debtors. | : | BANKRUPTCY NO. 18-10261-jkf |

### ORDER

AND NOW, upon consideration of the foregoing Stipulation by and between State Financial Network, LLC, and the Debtors, Benedetto and Nicole R. Pavone, it is hereby

**ORDERED** that the Stipulation is approved and made an Order of the Court.

BY THE COURT:

Date: _____      _____

**Date: July 21, 2021**

HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE