United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 18-10261-amc

Benedetto Pavone  Chapter 13

Nicole R. Pavone

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 21, 2021 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Benedetto Pavone, Nicole R. Pavone, 205 Colfax Road, Havertown, PA 19083-1312 |
| cr | + | Honda Financial Services dba American Honda Financ, 3625 W. Royal Lane #200, Irving, TX 75063-2912 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: gecsedi@recoverycorp.com | Jul 21 2021 23:52:23 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | State Financial Network, Inc. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CORINNE SAMLER BRENNAN | on behalf of Creditor Franklin Mint Federal Credit Union cbrennan@klehr.com  swenitsky@klehr.com |

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: Jul 21, 2021 Form ID: pdf900 Total Noticed: 3

CORINNE SAMLER BRENNAN
        on behalf of Creditor State Financial Network LLC cbrennan@klehr.com swenitsky@klehr.com

CORINNE SAMLER BRENNAN
        on behalf of Defendant Franklin Mint Federal Credit Union cbrennan@klehr.com swenitsky@klehr.com

FREDERICK L. REIGLE
        on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com

HARRY B. REESE
        on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com

JILL MANUEL-COUGHLIN
        on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com

POLLY A. LANGDON
        on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

POLLY A. LANGDON
        on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

REBECCA ANN SOLARZ
        on behalf of Creditor State Financial Network LLC bkgroup@kmllawgroup.com

ROGER V. ASHODIAN
        on behalf of Joint Debtor Nicole R. Pavone ecf@schollashodian.com

ROGER V. ASHODIAN
        on behalf of Plaintiff Nicole R. Pavone ecf@schollashodian.com

ROGER V. ASHODIAN
        on behalf of Plaintiff Benedetto Pavone ecf@schollashodian.com

ROGER V. ASHODIAN
        on behalf of Debtor Benedetto Pavone ecf@schollashodian.com

SCOTT F. WATERMAN (Chapter 13)
        ECFMail@ReadingCh13.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
        on behalf of Creditor American Honda Finance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com

WILLIAM EDWARD CRAIG
        on behalf of Creditor Honda Financial Services dba American Honda Finance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com

TOTAL: 17

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:**

| | | |
|---|---|---|
| **BENEDETTO PAVONE and** | : | CHAPTER 13 |
| **NICOLE R. PAVONE,** | : | |
| | : | |
| Debtors. | : | BANKRUPTCY NO. 18-10261-jkf |

**ORDER**

AND NOW, upon consideration of the foregoing Stipulation by and between State Financial Network, LLC, and the Debtors, Benedetto and Nicole R. Pavone, it is hereby

**ORDERED** that the Stipulation is approved and made an Order of the Court.

BY THE COURT:

Date: _____     _____
**Date: July 21, 2021**                                                HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE